# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Granite Vision, Inc.,

                Plaintiff,        Case No. 24-cv-10852

v.                                    Judith E. Levy
                                         United States District Judge

BACA Systems LLC,

                                    Mag. Judge Curtis Ivy, Jr.

                Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [18]

Before the Court is Magistrate Judge Curtis Ivy, Jr.'s Report and Recommendation (ECF No. 18) recommending the Court grant in part Defendant BACA Systems LLC's motion to dismiss. (ECF No. 12.) The parties were required to file specific written objections, if any, within fourteen days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. LR 72.1(d). No objections were filed. The Court has nevertheless carefully reviewed the Report and Recommendation and concurs in the result. Accordingly,

The Report and Recommendation (ECF No. 18) is ADOPTED; and

Defendant's motion to dismiss (ECF No. 12) is GRANTED IN PART.[1]

IT IS SO ORDERED.

Dated: February 6, 2025      s/Judith E. Levy
   Ann Arbor, Michigan     JUDITH E. LEVY
                                            United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 6, 2025.

                                   s/William Barkholz
                                   WILLIAM BARKHOLZ
                                   Case Manager

---

[1] By failing to object to the Report and Recommendation, the parties have forfeited any further right of appeal. *United States v. Wandahsega*, 924 F.3d 868, 878 (6th Cir. 2019); *see Berkshire v. Beauvais*, 928 F.3d 520, 530 (6th Cir. 2019).