**UNITED STATES DISTRICT COURT FOR**
**THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

GRANITE VISION, INC.,

Plaintiff/Counter-Defendant,

Case No. 2:24-cv-10852-PDB-CI
District Judge Judith E. Levy
Magistrate Judge Curtis Ivy, Jr.

v.

BACA SYSTEMS, LLC,

Defendant/Counter-Plaintiff.

______________________________/

RUSSELL & STOYCHOFF PC
Paul M. Stoychoff (P35906)
*Attorney for Plaintiff/Counter-Defendant*
838 W. Long Lake Rd., Ste. 100
Bloomfield Hills, MI 48302
(248) 618-0300
stoychfed@gmail.com

PAESANO AKKASHIAN, PC
Brian M. Akkashian (P55544)
Alec M. Torigian (P81909)
*Attorneys for Defendant/Counter-Plaintiff*
7457 Franklin Road, Suite 200
Bloomfield Hills, Michigan 48301
(248) 792-6886
bakkashian@palawyers.com
atorigian@palawyers.com

______________________________/

**STIPULATION TO DISMISS CASE**

The Plaintiff/Counter-Defendant, Granit Vision, Inc. and Defendant/Counter-Plaintiff have settled this Case. The Parties, by and through their attorneys as evidenced by the signatures of their counsel below, stipulate and

agree to dismiss this Case in its entirety with prejudice, that being the First Amended Complaint and Counterclaim. The Parties further stipulate and agree that each party is responsible for its own court costs and attorneys' fees. The Parties' proposed Order to Dismiss Case with Prejudice is attached as Exhibit A.

Respectfully submitted,

RUSSELL & STOYCHOFF PC

/s/Paul M. Stoychoff
Paul M. Stoychoff,
P35906
Attorney for Granite
Vision, Inc.

PAESANO AKKASHIAN, PC

/s/Alec M. Akkashian
Alec M. Akkarshian, P81909
Attorney BACA Systems LLC

Dated: November 18, 2025

**UNITED STATES DISTRICT COURT FOR**
**THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

GRANITE VISION, INC.,

Plaintiff/Counter-Defendant,

Case No. 2:24-cv-10852-PDB-CI
District Judge Judith E. Levy
Magistrate Judge Curtis Ivy, Jr.

v.

BACA SYSTEMS, LLC,

Defendant/Counter-Plaintiff.

________________________________________/

RUSSELL & STOYCHOFF PC
Paul M. Stoychoff (P35906)
*Attorney for Plaintiff/Counter-Defendant*
838 W. Long Lake Rd., Ste. 100
Bloomfield Hills, MI 48302
(248) 618-0300
stoychfed@gmail.com

PAESANO AKKASHIAN, PC
Brian M. Akkashian (P55544)
Alec M. Torigian (P81909)
*Attorneys for Defendant/Counter-Plaintiff*
7457 Franklin Road, Suite 200
Bloomfield Hills, Michigan 48301
(248) 792-6886
bakkashian@palawyers.com
atorigian@palawyers.com

________________________________________/

**STIPULATED ORDER TO DISMISS CASE WITH PREJUDICE**

The Court having reviewed the Parties' stipulation and agreement to dismiss the First Amended Complaint and Counterclaim of this Case and it being fully advised in the premises;

IT IS ORDERED:

Exhibit 2

1. This Case is dismissed in its entirety with prejudice.

2. Each Party is responsible for its Attorney Fees, Costs of Litigation for this case and court costs.

3. This is a final order and closes the Case.

Dated:

_______________________

District Court Judge